UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　Plaintiff,<br><br>　　vs.<br><br>KARLA SPAFFORD,<br>　　　Intervenor,<br><br>　　vs.<br><br>SHAW ENVIRONMENTAL, INC., et al.,<br>　　　Defendants. | Case No. 4:06CV01063 RWS |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff's Motion to Dismiss with Prejudice [#46].

Plaintiff, Equal Employment Opportunity Commission, and Plaintiff/Intervenor, Karla Spafford, through their respective counsel, move to dismiss with prejudice all claims brought against the various defendants, The Shaw Group, Inc., Shaw Environmental, Inc., Shaw Environmental and Infrastructure, Inc. and Environmental Dimensions, Inc., in their entirety, with all the parties bearing their own costs and attorneys' fees. The parties also request that I expressly retain jurisdiction over this case for a period of two (2) years for the limited purpose of hearing and resolving disputes and claims arising out of or relating to the interpretation or enforcement of the Consent Decrees entered into between the parties.

I will grant this motion in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Dismiss with Prejudice [#46] is **GRANTED.**

**IT IS FURTHER ORDERED** that I will expressly retain jurisdiction over this case for a period of two (2) years for the limited purpose of hearing and resolving disputes and claims arising out of or relating to the interpretation or enforcement of the Consent Decrees entered into between the parties.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 8th day of November, 2007.